# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALVIN ULISES MORALES

Plaintiff,

v.

SENIOR DEPUTY WEST, et al.,

Defendants.

Case No.  2:23-cv-05208-SVW (PD)

**ORDER DISMISSING ACTION**

On June 30, 2023, Plaintiff filed an action pursuant to 42 U.S.C. § 1983. [*See* Dkt. No. 1.]  On October 10, 2023, Plaintiff filed a letter stating that he no longer wants to pursue this action and has "decided to drop it."  [*See* Dkt. No. 8.]

Accordingly, this action is dismissed without prejudice.  A separate judgment will issue.

Dated: January 16, 2024

_____
STEPHEN V. WILSON
United States District Judge