JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALVIN ULISES MORALES,

               Plaintiff,

    v.

SENIOR DEPUTY WEST, et al.,

               Defendants.

Case No. 2:23-cv-05208-SVW-PD

**JUDGMENT**

Pursuant to the Order Dismissing Action,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated:  January 16, 2024

_____
STEPHEN V. WILSON
United States District Judge